PROB 12B
(7/93)

Report Date: May 14, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 15 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sylvia Hope Lopez     Case Number: 2:04CR06046-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 9/30/2005     Type of Supervision: Supervised Release

Original Offense: Possession of Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)

Date Supervision Commenced: May 20, 2009

Original Sentence: Prison - 60 Months; TSR - 36 Months

Date Supervision Expires: May 19, 2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17     You shall reside in a residential reentry center for a period of up to 120 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Ms. Lopez has been unable to secure an acceptable residence. As she was placed into full custody by BOP due to a violation while in custody, Ms. Lopez was unable to use that time to find housing. A 120 day term of residential release placement will allow her to utilize services which will assist her in finding housing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 14, 2009

Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re: Lopez, Sylvia Hope
May 14, 2009
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/15/09
_____
Date